UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEWAYNE CHUBB, | ) |
|     *Plaintiff*, | ) Case No. 1:22-cv-38 |
| v. | ) Judge Travis R. McDonough |
| SOCIAL SECURITY ADMINISTRATION, | ) Magistrate Judge Christopher H. Steger |
|     *Defendant*. | ) |

**ORDER**

On March 18, 2022, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Steger recommended that: (1) Plaintiff's complaint be dismissed without prejudice and (2) Plaintiff's motion for leave to proceed *in forma pauperis* be denied.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Steger's well-reasoned conclusions. Accordingly, the Court hereby **DISMISSES** Plaintiff's complaint **WITHOUT PREJUDICE** and **DENIES** his motion for leave to proceed *in forma pauperis* **AS MOOT**.

    **AN APPROPRIATE JUDGMENT WILL ENTER.**

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), Plaintiff had fourteen days to object to the report and recommendation. Even taking into account the three additional days for service provided by Rule 6(d), the period in which Plaintiff could timely file any objections has now expired.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**